UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiff, | ) | |
|         v. | ) | NO. 4:07CV00791 JMM |
| | ) | |
| McKinley James | ) | |
|     Defendant, | ) | |
|         and | ) | |
| Berenfield Containers | ) | |
|     Garnishee | ) | |

## GARNISHMENT ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on September 30, 2008, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to the defendant in the sum of $9,159.50.  The defendant is indebted to the United States in the sum of $10,225.64, plus costs and interest accruing at the daily legal rate of 2.310%.

On  September 9, 2008, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.  The United States is entitled to 25% of the defendant's disposal net wages but is requesting **only 15%**.

THEREFORE, IT IS ORDERED that the Garnishee pay 15% of defendant's  disposal net wages per pay period and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to the United States Attorney, P.O. Box 1229, Little Rock, Arkansas, 72203.

Dated:  10/21/2008

                    JAMES M. MOODY
                    UNITED STATES DISTRICT JUDGE